Dominick Marubio, appellant, v. Walter D. Hines, director general of United States railroads, appellee. Gen. No. 26,305.

Action for damages sustained in a collision between automobile trucks owned by plaintiff and defendant's railroad train. Verdict and judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921.

Walter J. Fried and Jesse Marcus, for appellant. Carl S. Jefferson and J. M. Lorenz, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Josephine Kraus, appellee, v. Evan H. M. Griffiths, appellant. Gen. No. 26,358.

Action of forcible detainer alleging breach of covenant by subletting. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Nels A. Larson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921.

R. W. Marrow, for appellant. Jones & Kerner, for appellee; James S. Wight, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

James J. Harrington, appellant, v. John E. Stellwagen, appellee. Gen. No. 26,367.

Action for commissions alleged to have been earned by plaintiff as a real estate broker. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921.

William A. Jennings, for appellant. No appearance for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Annie E. Kernan, appellee, v. John A. Stagg, appellant. Gen. No. 26,382.

Action of forcible detainer after termination of tenancy by notice. Judgment for possession upon a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921.

George J. Crane, for appellant; John A. Stagg, of counsel. A. A. Worsley, for appellee.

Mr. Justice Morrill delivered the opinion of the court.